No. 908. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, LOCAL LODGE No. 926, ET AL. v. TOLEDO, PEORIA & WESTERN RAILROAD ET AL.; and

No. 1047. FARMERS GRAIN CO. ET AL. v. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN, LOCAL LODGE No.

926, ET AL. March 31, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Louis F. Knoblock, Harold C. Heiss* and *Russell B. Day* for petitioners in No. 908. *John E. Cassidy* for the Farmers Grain Co. et al., petitioners in No. 1047 and the shippers, respondents in No. 908. *Donald A. Morgan* for the Toledo, P. & W. R. Co., respondent in Nos. 908 and 1047. 